EASTERN DISTRICT COURT OF MISSOURI
UNITED STATES OF AMERICA

| | |
|---|---|
| LONNIE FITZGERALD,<br><br>    Plaintiff,<br><br>vs.<br><br>BENNETT INTERNATIONAL GROUP and<br><br>KERRY JOHNSON,<br><br>    Defendant. | Case No: 4:20-cv-01163-SRC |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Lonnie Fitzgerald, by and through attorney Deme Sotiriou of Schultz & Myers, LLC and pursuant to FRCP FRCP (a)(1)(A)(i), voluntarily dismisses the this matter without need for Court Order as the opposing party has not yet served an answer nor motion for summary judgment.

Respectfully submitted,

**SCHULTZ & MYERS, LLC**

/s/ Deme Sotiriou
_____

    Deme Sotiriou, Mo #56611
    999 Executive Parkway, Ste 205
    St. Louis, Missouri 63141
    Telephone:  314-744-8900
    Facsimile:  314-720-0744
    E-mail: deme@schultzmyers.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on Thursday, September 24, 2020 a copy of the foregoing has been served via the Court's ECF system to:

               /s/ Deme Sotiriou

               Deme Sotiriou